**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JANET WIERZBA-WYSONG, | : | Case No. 3:12-cv-015 |
| | : | |
| Plaintiff, | : | Judge Walter Herbert Rice |
| - vs - | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

March 18, 2013
                                           s/ Walter H. Rice
                                        WALTER H. RICE,  JUDGE
                                        UNITED STATES DISTRICT COURT

AOProcessing/ "Case inactivated pursuant to this Court's Entry of March 18, 2013, remanding the captioned cause to the Magistrate Judge for further consideration in light of Sixth Circuit case of <u>Gayheart v. Commissioner</u>, No. 12-3553, decided March 12, 2013."