IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JANET WIERZBA-WYSONG,

    Plaintiff,                                     Case No.: 3:12-cv-15

vs.

COMMISSIONER OF                         District Judge Walter H. Rice
SOCIAL SECURITY,                          Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #32), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on April 30, 2015 (Doc. #32) is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees under the Social Security Act (Doc. #28) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $18,174.43 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

Date: 5-20-15

                                                               Walter H. Rice
                                                       United States District Judge